# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROBERT J. STACKELBECK,

    Plaintiff,

v.                                Case No: 8:20-cv-2427-CEH-JSS

RON DESANTIS, MARCO RUBIO
and RICK SCOTT,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on February 24, 2021 (Doc. 15). In the Report and Recommendation, Magistrate Judge Sneed recommends:

1. Petitioner's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 13) be denied without prejudice; and

2. Petitioner's Petition for Writ of Mandamus (Doc. 9) be dismissed without prejudice and with leave to file an amended petition that complies with the Federal Rules of Civil Procedure. Additionally, Magistrate Judge Sneed recommends that the amended petition, if any, be due within twenty (20) days of the date the Report and Recommendation becomes final.

All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 15) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Petitioner's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 13) is **DENIED** without prejudice.

(3) Petitioner's Petition for Writ of Mandamus (Dkt. 9) is **DISMISSED** without prejudice.

(4) Petitioner is granted leave to file an amended petition that complies with the Federal Rules of Civil Procedure. The amended petition shall be filed within twenty (20) days of the date of this Order. Failure to file an amended petition within the time provided, will result in this matter being dismissed without further notice from the Court.

**DONE AND ORDERED** at Tampa, Florida on March 15, 2021.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record